UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Johnson**                                    **Docket No. 5:05-CR-110-1H**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Johnson, who, upon an earlier plea of guilty to Transmission of Child Pornography, in violation of 18 U.S.C § 2252(a)(1), Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Possession of Child Pornography, in violation of 18 U.S.C. § (a)(4)(B), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 6, 2005, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On July 1, 2008, the defendant was resentenced to a term of 216 months custody, to be followed by supervised release for a period of 10 years.

Robert Johnson is scheduled for release from custody on October 9, 2020, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested to reside in the Middle District of Florida (MD/FL) upon his release. The MD/FL has requested additional conditions be included in order to supervise the defendant consistent with sex offender requirements within their district. The pre-release home plan has been approved; however, before the case can be accepted for supervision in the MD/FL, the additional proposed conditions would need to be approved and ordered by the court. The proposed conditions have been explained to Johnson, who signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. You shall follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. You shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statues (F.S. 943.0435) and may direct you to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

3. You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playground, etc.

4. Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

5. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any residents that the premises may be subject to a search pursuant to this condition.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                 I declare under penalty of perjury that the foregoing
                                                        is true and correct.


/s/ Dewayne L. Smith                                   /s/ Michael W. Dilda
Dewayne L. Smith                                       Michael W. Dilda
Supervising U.S. Probation Officer                     U.S. Probation Officer
                                                        150 Reade Circle
                                                        Greenville, NC 27858-1137
                                                        Phone: 252-830-2342
                                                        Executed On: August 31, 2020

**ORDER OF THE COURT**

Considered and ordered this __1st__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge